# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CRAIG MOSS, | : | No. 25 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court, dismissing the |
| | : | petition for review, dated April 25, |
| v. | : | 2018 at No. 356 MD 2017. |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  March 26, 2019**

**AND NOW**, this 26th day of March, 2019, the Order of the Commonwealth Court is **AFFIRMED**.  The Pennsylvania Board of Probation and Parole's Motion to Dismiss for Mootness is **DENIED**.